Filed 8/29/13  P. v. Peralta CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D062789 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD242299) |
| HECTOR ADOLFO PERALTA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Laura W. Halgren, Judge.  Affirmed.

Neil Auwarter, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Hector A. Peralta pleaded guilty to count 1 in the complaint that charged: "On or about July 28, 2012, he . . . did unlawfully transport and offer to transport a controlled substance, to wit: methamphetamine, in violation of Health and Safety Code section 11379, subdivision (a)."  Count 2 was dismissed.  He was sentenced to two years to be served in local incarceration pursuant to the plea agreement stipulation.

Peralta appeals.  We affirm the judgment.

## FACTS

On July 28, 2012, Peralta, with another, personally transported methamphetamine.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738.  Counsel identifies as a possible, but not arguable, issue: whether the trial court erred by imposing a $154 booking fee pursuant to Government Code section 29550.1 without a finding of ability to pay.

We granted Peralta permission to file a supplemental brief on his own behalf, but he has not responded.  A review of the record pursuant to *People v. Wende, supra,* 25 Cal.3d 436 and *Anders v. California, supra,* 386 U.S. 738 has disclosed no reasonably arguable appellate issues, and Peralta has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

McDONALD, Acting P. J.

WE CONCUR:

McINTYRE, J.

IRION, J.

2